**Appeal Dismissed and Memorandum Opinion filed July 11, 2019.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-19-00299-CV

---

### JERIANN VILLAFANE, Appellant

### V.

### DWIGHT ORLANDO BULLI, Appellee

---

**On Appeal from the 257th District Court
Harris County, Texas
Trial Court Cause No. 2017-00769**

---

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed February 11, 2019. Appellant timely filed a motion for new trial. The trial court granted the motion on April 23, 2019. As a result, the judgment on appeal has been vacated. *In re E.C.*, 431 S.W.3d 812, 815–16 (Tex. App.—Houston [14th Dist.] 2014, orig. proceeding [mand. denied]) ("Granting a new trial has the legal effect of vacating the original judgment and returning the case to the trial docket as though there had been no previous trial or hearing."). Therefore, there is no appealable judgment, and we lack jurisdiction to

consider this appeal. *See* Tex. R. App. P. 25.1(b); *Stelly v. Citibank (S.D.) N.A.*, No. 14-07-00601-CV, 2008 WL 2066571, *1 (Tex. App.—Houston [14th Dist.] May 15, 2008, no pet.).

On June 6, 2019, notification was transmitted to all parties of the court's intention to dismiss the appeal for want of jurisdiction unless on or before June 17, 2019, appellant filed a response demonstrating grounds for continuing the appeal. *See* Tex. R. App. P. 42.3(a). No response was filed.

The appeal is dismissed for lack of appellate jurisdiction.


/s/     Margaret "Meg" Poissant
        Justice


Panel consists of Chief Justice Frost and Justices Spain and Poissant.